Certificate Number: 17572-CAC-CC-040612421



17572-CAC-CC-040612421

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>February 12, 2026</u>, at <u>7:45</u> o'clock <u>AM PST</u>, <u>Nilza Munoz</u> received from <u>Dollar Learning Foundation, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Central District of California</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:  <u>February 12, 2026</u>    By:  <u>/s/Linda Duarte</u>

  Name:  <u>Linda Duarte</u>

  Title:  <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).