| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Joshua Sternberg 250687<br>8605 Santa Monica Blvd.,<br>Suite #81823<br>West Hollywood, CA 90069-4109<br>310-270-4343  Fax:  310-270-4344<br>250687 CA<br>JS@STERNBERGLAWGROUP.COM | FOR COURT USE ONLY |
|---|---|
| ☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**Nilza Munoz**<br><br><br><br>Debtor(s). | CASE NO.: **2:26-bk-11359-DS**<br>CHAPTER: **13**<br><br>**DECLARATION BY DEBTOR(S)**<br>**AS TO WHETHER INCOME WAS RECEIVED**<br>**FROM AN EMPLOYER WITHIN 60 DAYS OF**<br>**THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br>[No hearing Required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (Check only ONE box below):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: **February 25, 2026**   Nilza Munoz   /s/ Nilza Munoz
                              Printed name of Debtor 1   Signature of Debtor 1

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (Check only ONE box below):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____     _____     _____
                                  Printed name of Debtor 2         Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                        Page 2                        **F 1002-1.EMP.INCOME.DEC**

# KAISER PERMANENTE

| Person Number | Payroll Relationship Number | Payroll |
|---|---|---|
| 10504522 | 10504522 | KP BiWeekly Sunday1 |
|  | **Assignment Number** | **Employer Name** |
|  | E10504522 | Kaiser Foundation Hospitals |
| **Employee Name** | **Job Title** |  |
| Nilza Munoz | Admin Spec III - UHW |  |
| **Employee Address** | **Position** | **Employer Address** |
| 11705 Orr and Day Rd.<br>Norwalk, CA 90650 | Admin Spec III - UHW | One Kaiser Plaza<br>Oakland, CA 94612<br>Ph: 877-457-4772 |

| Business Unit | Department | Location |
|---|---|---|
| SCAL | 4452 - Baldwin Park Med Center - Prop/Fac-Facility Maintenan | CA552-1 |
| **Workweek** | **Base Rate** |  |
| Sunday 00:01 | 39.8160  Hourly | **View My Time Off Balances** |
| **FLSA Week** |  |  |

| Period Type | Period Start Date | Period End Date | Payment Date |
|---|---|---|---|
| Biweekly | 11-23-2025 | 12-06-2025 | 12-12-2025 |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | 3,212.45 | 78,716.26 |
| Involuntary Deductions | 732.04 | 7,669.06 |
| Pretax Deductions | 289.12 | 6,456.22 |
| Employee Tax Deductions | 284.30 | 12,072.25 |
| Voluntary Deductions | 225.59 | 5,977.26 |
| Net Payment | 1,681.40 | 46,541.47 |

| Earnings Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Regular | 2,384.18 | 61,568.13 |
| Holiday | 318.53 | 2,138.69 |
| FPD | 318.53 | 1,531.97 |
| VAC PTO | 159.26 | 7,739.46 |
| Longevity | 23.95 | 643.99 |
| Longevity Nwk | 8.00 | 152.13 |
| Sick ESL |  | 2,728.39 |
| PSP |  | 1,800.00 |
| Banked Sick Post |  | 372.26 |
| DailyOT1.5 at 1.0 |  | 14.09 |
| WeeklyOT1.5 at 1.0 |  | 12.95 |
| DailyOT1.5 Prm at 0.5 |  | 7.06 |
| WeeklyOT1.5 Prm at 0.5 |  | 6.48 |
| Longevity 1.5 at 1.0 |  | 0.31 |
| FLSA Retro |  | 0.22 |
| Longevity 1.5 at 0.5 |  | 0.13 |
| **Total Earnings** | **3,212.45** | **78,716.26** |

| Current Period Details | | | | | | |
|---|---|---|---|---|---|---|
| **Description** | **Start Date** | **End Date** | **Quantity** | **Type** | **Rate** | **Amount** |
| Regular |  |  | 59.880 | Hours | 39.8160 | 2,384.18 |
| Holiday |  |  | 8.000 | Hours | 39.8160 | 318.53 |
| FPD |  |  | 8.000 | Hours | 39.8160 | 318.53 |
| VAC PTO |  |  | 4.000 | Hours | 39.8160 | 159.26 |
| Longevity |  |  | 59.880 | Hours | 0.4000 | 23.95 |
| Longevity Nwk |  |  | 20.000 | Hours | 0.4000 | 8.00 |

| Total Hours Worked | | 59.980 | |

| Pretax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| 401k Pre Tax | **289.12** | **6,456.22** |
| **Total Pretax Deductions** | **289.12** | **6,456.22** |

| Tax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Social Security Employee Withheld | **199.17** | **4,880.41** |
| Medicare Employee Withheld | **46.58** | **1,141.39** |
| SDI Employee Withheld (CA) | **38.55** | **944.60** |
| FIT Withheld | | **4,072.95** |
| SIT Withheld (CA) | | **1,032.90** |
| **Total Tax Deductions** | **284.30** | **12,072.25** |

| Other Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Garn State Tax Levy | **732.04** | **5,445.54** |
| 401k Roth | **96.37** | **2,361.48** |
| 401k Loan | **65.61** | **1,509.03** |
| Union Dues | **63.61** | **1,521.55** |
| Garn State Tax Levy | | **2,223.52** |
| Plan B Loan | | **585.20** |
| **Total Other Deductions** | **957.63** | **13,646.32** |

| Absence Accruals | | | |
|---|---|---|---|
| **Description** | **Unit of Measure** | **Current** | **Balance** |

| Employer Paid Benefits | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Med ER | **1,301.30** | **29,929.90** |
| Dental ER | **46.81** | **1,076.63** |
| 401k ER Match | **40.16** | **961.47** |
| LTD ER | **9.39** | **206.97** |
| Life Ins ER | **2.70** | **62.10** |
| ADD ER | **0.03** | **0.69** |
| **Total Employer Paid Benefits** | **1,400.39** | **32,237.76** |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Currency** | **Payment Amount** |
| 33313782492 | | | XXXXXXXX9900 | USD | **250.00** |
| 33313782559 | | | XXXXXXXX7397 | USD | **1,431.40** |

| | Tax Withholding Information | | | |
|---|---|---|---|---|
| **Type** | **Marital Status** | **Exempt** | **Total Dependent Amount** | **Extra Withholding** |
| FEDERAL_2020 | Head of household | Y | **0.00** | **0.00** |

| | Tax Withholding Information | | | | | | |
|---|---|---|---|---|---|---|---|
| **Type** | **Marital Status** | **Exempt** | **Addl** | **Sec ALW** | **BIN** | **Exemptions** | **Additional Amount** |
| CA | Head of household | Y | | | | 0 | **0.00** |

# KAISER PERMANENTE

| Person Number | Payroll Relationship Number | Payroll |
|---|---|---|
| 10504522 | 10504522 | KP BiWeekly Sunday1 |
| | **Assignment Number** | **Employer Name** |
| | E10504522 | Kaiser Foundation Hospitals |
| **Employee Name** | **Job Title** | |
| Nilza Munoz | Admin Spec III - UHW | |
| **Employee Address** | **Position** | **Employer Address** |
| 11705 Orr and Day Rd.<br>Norwalk, CA 90650 | Admin Spec III - UHW | One Kaiser Plaza<br>Oakland, CA 94612<br>Ph: 877-457-4772 |

| Business Unit | Department | Location |
|---|---|---|
| SCAL | 4452 - Baldwin Park Med Center - Prop/Fac-Facility Maintenan | CA552-1 |
| **Workweek** | **Base Rate** | |
| Sunday 00:01 | 39.8160 Hourly | **View My Time Off Balances** |
| **FLSA Week** | | |

| Period Type | Period Start Date | Period End Date | Payment Date |
|---|---|---|---|
| Biweekly | 12-07-2025 | 12-20-2025 | 12-26-2025 |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | 3,195.56 | 81,911.82 |
| Involuntary Deductions | 728.19 | 8,397.25 |
| Pretax Deductions | 287.60 | 6,743.82 |
| Employee Tax Deductions | 282.79 | 12,355.04 |
| Voluntary Deductions | 224.73 | 6,201.99 |
| Net Payment | 1,672.25 | 48,213.72 |

| Earnings Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Regular | 3,162.58 | 64,730.71 |
| Longevity | 31.77 | 675.76 |
| DailyOT1.5 at 1.0 | 0.80 | 14.89 |
| DailyOT1.5 Prm at 0.5 | 0.40 | 7.46 |
| Longevity 1.5 at 1.0 | 0.01 | 0.32 |
| VAC PTO | | 7,739.46 |
| Sick ESL | | 2,728.39 |
| Holiday | | 2,138.69 |
| PSP | | 1,800.00 |
| FPD | | 1,531.97 |
| Banked Sick Post | | 372.26 |
| Longevity Nwk | | 152.13 |
| WeeklyOT1.5 at 1.0 | | 12.95 |
| WeeklyOT1.5 Prm at 0.5 | | 6.48 |
| FLSA Retro | | 0.22 |
| Longevity 1.5 at 0.5 | | 0.13 |
| **Total Earnings** | **3,195.56** | **81,911.82** |

| Current Period Details | | | | | | |
|---|---|---|---|---|---|---|
| Description | Start Date | End Date | Quantity | Type | Rate | Amount |
| Regular | | | 79.430 | Hours | 39.8160 | 3,162.58 |
| Longevity | | | 79.430 | Hours | 0.4000 | 31.77 |
| DailyOT1.5 at 1.0 | | | 0.020 | Hours | 39.8160 | 0.80 |
| DailyOT1.5 Prm at 0.5 | | | 0.020 | Hours | 19.9080 | 0.40 |
| Longevity 1.5 at 1.0 | | | 0.020 | Hours | 0.4000 | 0.01 |
| **Total Hours Worked** | | | 79.450 | | | |

| Pretax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| 401k Pre Tax | **287.60** | **6,743.82** |
| **Total Pretax Deductions** | **287.60** | **6,743.82** |

| Tax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Social Security Employee Withheld | **198.12** | **5,078.53** |
| Medicare Employee Withheld | **46.33** | **1,187.72** |
| SDI Employee Withheld (CA) | **38.34** | **982.94** |
| FIT Withheld | | **4,072.95** |
| SIT Withheld (CA) | | **1,032.90** |
| **Total Tax Deductions** | **282.79** | **12,355.04** |

| Other Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Garn State Tax Levy | **728.19** | **6,173.73** |
| 401k Roth | **95.87** | **2,457.35** |
| 401k Loan | **65.61** | **1,574.64** |
| Union Dues | **63.25** | **1,584.80** |
| Garn State Tax Levy | | **2,223.52** |
| Plan B Loan | | **585.20** |
| **Total Other Deductions** | **952.92** | **14,599.24** |

| Absence Accruals | | | |
|---|---|---|---|
| **Description** | **Unit of Measure** | **Current** | **Balance** |

| Employer Paid Benefits | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Med ER | **1,301.30** | **31,231.20** |
| Dental ER | **46.81** | **1,123.44** |
| 401k ER Match | **39.94** | **1,001.41** |
| LTD ER | **9.39** | **216.36** |
| Life Ins ER | **2.70** | **64.80** |
| ADD ER | **0.03** | **0.72** |
| **Total Employer Paid Benefits** | **1,400.17** | **33,637.93** |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Currency** | **Payment Amount** |
| 34004195797 | | | XXXXXXXX9900 | USD | **250.00** |
| 34004195981 | | | XXXXXXXX7397 | USD | **1,422.25** |

| | Tax Withholding Information | | | |
|---|---|---|---|---|
| **Type** | **Marital Status** | **Exempt** | **Total Dependent Amount** | **Extra Withholding** |
| FEDERAL_2020 | Head of household | Y | **0.00** | **0.00** |

| | Tax Withholding Information | | | | | | |
|---|---|---|---|---|---|---|---|
| **Type** | **Marital Status** | **Exempt** | **Addl** | **Sec ALW** | **BIN** | **Exemptions** | **Additional Amount** |
| CA | Head of household | Y | | | | 0 | **0.00** |

**KAISER PERMANENTE®**

| Person Number | Payroll Relationship Number | Payroll |
|---|---|---|
| 10504522 | 10504522 | KP BiWeekly Sunday1 |
| | **Assignment Number** | **Employer Name** |
| | E10504522 | Kaiser Foundation Hospitals |
| **Employee Name** | **Job Title** | |
| Nilza Munoz | Admin Spec III - UHW | |
| **Employee Address** | **Position** | **Employer Address** |
| 11705 Orr and Day Rd. Norwalk, CA 90650 | Admin Spec III - UHW | One Kaiser Plaza Oakland, CA 94612 Ph: 877-457-4772 |

| Business Unit | Department | Location |
|---|---|---|
| SCAL | 4452 - Baldwin Park Med Center - Prop/Fac-Facility Maintenan | CA552-1 |
| **Workweek** | **Base Rate** | |
| Sunday 00:01 | 39.8160  Hourly | **View My Time Off Balances** |
| **FLSA Week** | | |

| Period Type | Period Start Date | Period End Date | Payment Date |
|---|---|---|---|
| Biweekly | 12-21-2025 | 01-03-2026 | 01-09-2026 |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | 3,221.51 | 3,221.51 |
| Involuntary Deductions | 377.67 | 377.67 |
| Pretax Deductions | 289.94 | 289.94 |
| Employee Tax Deductions | 288.32 | 288.32 |
| Voluntary Deductions | 225.97 | 225.97 |
| Net Payment | 2,039.61 | 2,039.61 |

| Earnings Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| VAC PTO | 1,911.17 | 1,911.17 |
| Holiday | 637.06 | 637.06 |
| Regular | 637.06 | 637.06 |
| Longevity Nwk | 25.60 | 25.60 |
| Longevity | 6.40 | 6.40 |
| DailyOT1.5 at 1.0 | 2.79 | 2.79 |
| DailyOT1.5 Prm at 0.5 | 1.39 | 1.39 |
| Longevity 1.5 at 1.0 | 0.03 | 0.03 |
| Longevity 1.5 at 0.5 | 0.01 | 0.01 |
| **Total Earnings** | **3,221.51** | **3,221.51** |

| Current Period Details | | | | | | |
|---|---|---|---|---|---|---|
| **Description** | **Start Date** | **End Date** | **Quantity** | **Type** | **Rate** | **Amount** |
| VAC PTO | | | 48.000 | Hours | 39.8160 | 1,911.17 |
| Regular | | | 16.000 | Hours | 39.8160 | 637.06 |
| Holiday | | | 16.000 | Hours | 39.8160 | 637.06 |
| Longevity Nwk | | | 64.000 | Hours | 0.4000 | 25.60 |
| Longevity | | | 16.000 | Hours | 0.4000 | 6.40 |
| DailyOT1.5 at 1.0 | | | 0.070 | Hours | 39.8160 | 2.79 |
| DailyOT1.5 Prm at 0.5 | | | 0.070 | Hours | 19.9080 | 1.39 |
| Longevity 1.5 at 1.0 | | | 0.070 | Hours | 0.4000 | 0.03 |
| Longevity 1.5 at 0.5 | | | 0.070 | Hours | 0.2000 | 0.01 |
| **Total Hours Worked** | | | **16.070** | | | |

| Pretax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| 401k Pre Tax | **289.94** | **289.94** |
| **Total Pretax Deductions** | **289.94** | **289.94** |

| Tax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Social Security Employee Withheld | **199.73** | **199.73** |
| Medicare Employee Withheld | **46.71** | **46.71** |
| SDI Employee Withheld (CA) | **41.88** | **41.88** |
| **Total Tax Deductions** | **288.32** | **288.32** |

| Other Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Garn State Tax Levy | **377.67** | **377.67** |
| 401k Roth | **96.65** | **96.65** |
| 401k Loan | **65.61** | **65.61** |
| Union Dues | **63.71** | **63.71** |
| **Total Other Deductions** | **603.64** | **603.64** |

| Absence Accruals | | | |
|---|---|---|---|
| **Description** | **Unit of Measure** | **Current** | **Balance** |

| Employer Paid Benefits | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Med ER | **1,425.53** | **1,425.53** |
| Dental ER | **46.81** | **46.81** |
| 401k ER Match | **40.27** | **40.27** |
| LTD ER | **9.39** | **9.39** |
| Life Ins ER | **2.70** | **2.70** |
| ADD ER | **0.03** | **0.03** |
| **Total Employer Paid Benefits** | **1,524.73** | **1,524.73** |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Currency** | **Payment Amount** |
| 34723333873 | | | XXXXXXXX9900 | USD | **250.00** |
| 34723333939 | | | XXXXXXXX7397 | USD | **1,789.61** |

| | Tax Withholding Information | | | |
|---|---|---|---|---|
| **Type** | **Marital Status** | **Exempt** | **Total Dependent Amount** | **Extra Withholding** |
| FEDERAL_2020 | Head of household | Y | **0.00** | **0.00** |

| | Tax Withholding Information | | | | | | |
|---|---|---|---|---|---|---|---|
| **Type** | **Marital Status** | **Exempt** | **Addl** | **Sec ALW** | **BIN** | **Exemptions** | **Additional Amount** |
| CA | Head of household | Y | | | | 0 | **0.00** |

# KAISER PERMANENTE

| Person Number | Payroll Relationship Number | Payroll |
|---|---|---|
| 10504522 | 10504522 | KP BiWeekly Sunday1 |
| | **Assignment Number** | **Employer Name** |
| | E10504522 | Kaiser Foundation Hospitals |
| **Employee Name** | **Job Title** | |
| Nilza Munoz | Admin Spec III - UHW | |
| **Employee Address** | **Position** | **Employer Address** |
| 11705 Orr and Day Rd. Norwalk, CA 90650 | Admin Spec III - UHW | One Kaiser Plaza Oakland, CA 94612 Ph: 877-457-4772 |

| Business Unit | Department | Location |
|---|---|---|
| SCAL | 4452 - Baldwin Park Med Center - Prop/Fac-Facility Maintenan | CA552-1 |
| **Workweek** | **Base Rate** | |
| Sunday 00:01 | 39.8160  Hourly | **View My Time Off Balances** |
| **FLSA Week** | | |

| Period Type | Period Start Date | Period End Date | Payment Date |
|---|---|---|---|
| Biweekly | 01-04-2026 | 01-17-2026 | 01-23-2026 |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | 3,220.30 | 6,441.81 |
| Pretax Deductions | 289.83 | 579.77 |
| Employee Tax Deductions | 288.22 | 576.54 |
| Voluntary Deductions | 225.93 | 451.90 |
| Involuntary Deductions | | 377.67 |
| Net Payment | 2,416.32 | 4,455.93 |

| Earnings Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Regular | 3,185.28 | 3,822.34 |
| Longevity | 32.00 | 38.40 |
| WeeklyOT1.5 at 1.0 | 1.99 | 1.99 |
| WeeklyOT1.5 Prm at 0.5 | 1.00 | 1.00 |
| Longevity 1.5 at 1.0 | 0.02 | 0.05 |
| Longevity 1.5 at 0.5 | 0.01 | 0.02 |
| VAC PTO | | 1,911.17 |
| Holiday | | 637.06 |
| Longevity Nwk | | 25.60 |
| DailyOT1.5 at 1.0 | | 2.79 |
| DailyOT1.5 Prm at 0.5 | | 1.39 |
| **Total Earnings** | **3,220.30** | **6,441.81** |

| Current Period Details | | | | | | |
|---|---|---|---|---|---|---|
| **Description** | **Start Date** | **End Date** | **Quantity** | **Type** | **Rate** | **Amount** |
| Regular | | | 80.000 | Hours | 39.8160 | 3,185.28 |
| Longevity | | | 80.000 | Hours | 0.4000 | 32.00 |
| WeeklyOT1.5 at 1.0 | | | 0.050 | Hours | 39.8160 | 1.99 |
| WeeklyOT1.5 Prm at 0.5 | | | 0.050 | Hours | 19.9080 | 1.00 |
| Longevity 1.5 at 1.0 | | | 0.050 | Hours | 0.4000 | 0.02 |
| Longevity 1.5 at 0.5 | | | 0.050 | Hours | 0.2000 | 0.01 |
| **Total Hours Worked** | | | **80.050** | | | |

| Pretax Deductions | | |
|---|---:|---:|
| **Description** | **Current** | **Year to Date** |
| 401k Pre Tax | 289.83 | 579.77 |
| **Total Pretax Deductions** | **289.83** | **579.77** |

| Tax Deductions | | |
|---|---:|---:|
| **Description** | **Current** | **Year to Date** |
| Social Security Employee Withheld | 199.66 | 399.39 |
| Medicare Employee Withheld | 46.70 | 93.41 |
| SDI Employee Withheld (CA) | 41.86 | 83.74 |
| **Total Tax Deductions** | **288.22** | **576.54** |

| Other Deductions | | |
|---|---:|---:|
| **Description** | **Current** | **Year to Date** |
| 401k Roth | 96.61 | 193.26 |
| 401k Loan | 65.61 | 131.22 |
| Union Dues | 63.71 | 127.42 |
| Garn State Tax Levy | | 377.67 |
| **Total Other Deductions** | **225.93** | **829.57** |

| Absence Accruals | | | |
|---|---|---|---|
| **Description** | **Unit of Measure** | **Current** | **Balance** |

| Employer Paid Benefits | | |
|---|---:|---:|
| **Description** | **Current** | **Year to Date** |
| Med ER | 1,425.53 | 2,851.06 |
| Dental ER | 46.81 | 93.62 |
| 401k ER Match | 40.25 | 80.52 |
| LTD ER | 9.39 | 18.78 |
| Life Ins ER | 2.70 | 5.40 |
| ADD ER | 0.03 | 0.06 |
| **Total Employer Paid Benefits** | **1,524.71** | **3,049.44** |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---:|
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Currency** | **Payment Amount** |
| 35509101653 | | | XXXXXXXX9900 | USD | 250.00 |
| 35509101768 | | | XXXXXXXX7397 | USD | 2,166.32 |

| | Tax Withholding Information | | | |
|---|---|---|---|---|
| **Type** | **Marital Status** | **Exempt** | **Total Dependent Amount** | **Extra Withholding** |
| FEDERAL_2020 | Head of household | Y | 0.00 | 0.00 |

| | Tax Withholding Information | | | | | | |
|---|---|---|---|---|---|---|---|
| **Type** | **Marital Status** | **Exempt** | **Addl** | **Sec ALW** | **BIN** | **Exemptions** | **Additional Amount** |
| CA | Head of household | Y | | | | 0 | 0.00 |

# KAISER PERMANENTE

| Person Number | Payroll Relationship Number | Payroll |
|---|---|---|
| 10504522 | 10504522 | KP BiWeekly Sunday1 |
| | **Assignment Number** | **Employer Name** |
| | E10504522 | Kaiser Foundation Hospitals |
| **Employee Name** | **Job Title** | |
| Nilza Munoz | Admin Spec III - UHW | |
| **Employee Address** | **Position** | **Employer Address** |
| 11705 Orr and Day Rd. Norwalk, CA 90650 | Admin Spec III - UHW | One Kaiser Plaza Oakland, CA 94612 Ph: 877-457-4772 |

| Business Unit | Department | Location |
|---|---|---|
| SCAL | 4452 - Baldwin Park Med Center - Prop/Fac-Facility Maintenan | CA552-1 |
| **Workweek** | **Base Rate** | |
| Sunday 00:01 | 39.8160  Hourly | **View My Time Off Balances** |
| **FLSA Week** | | |

| Period Type | Period Start Date | Period End Date | Payment Date |
|---|---|---|---|
| Biweekly | 01-18-2026 | 01-31-2026 | 02-06-2026 |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | 3,197.18 | 9,638.99 |
| Pretax Deductions | 287.75 | 867.52 |
| Employee Tax Deductions | 286.16 | 862.70 |
| Voluntary Deductions | 224.84 | 676.74 |
| Involuntary Deductions | | 377.67 |
| Net Payment | 2,398.43 | 6,854.36 |

| Earnings Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Regular | 2,528.32 | 6,350.66 |
| Holiday | 318.53 | 955.59 |
| Sick ESL | 318.53 | 318.53 |
| Longevity | 25.40 | 63.80 |
| Longevity Nwk | 6.40 | 32.00 |
| VAC PTO | | 1,911.17 |
| DailyOT1.5 at 1.0 | | 2.79 |
| WeeklyOT1.5 at 1.0 | | 1.99 |
| DailyOT1.5 Prm at 0.5 | | 1.39 |
| WeeklyOT1.5 Prm at 0.5 | | 1.00 |
| Longevity 1.5 at 1.0 | | 0.05 |
| Longevity 1.5 at 0.5 | | 0.02 |
| **Total Earnings** | **3,197.18** | **9,638.99** |

| Current Period Details | | | | | | |
|---|---|---|---|---|---|---|
| Description | Start Date | End Date | Quantity | Type | Rate | Amount |
| Regular | | | 63.500 | Hours | 39.8160 | 2,528.32 |
| Sick ESL | | | 8.000 | Hours | 39.8160 | 318.53 |
| Holiday | | | 8.000 | Hours | 39.8160 | 318.53 |
| Longevity | | | 63.500 | Hours | 0.4000 | 25.40 |
| Longevity Nwk | | | 16.000 | Hours | 0.4000 | 6.40 |
| **Total Hours Worked** | | | 63.500 | | | |

| Pretax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| 401k Pre Tax | **287.75** | **867.52** |
| **Total Pretax Deductions** | **287.75** | **867.52** |

| Tax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Social Security Employee Withheld | **198.23** | **597.62** |
| Medicare Employee Withheld | **46.36** | **139.77** |
| SDI Employee Withheld (CA) | **41.57** | **125.31** |
| **Total Tax Deductions** | **286.16** | **862.70** |

| Other Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| 401k Roth | **95.92** | **289.18** |
| 401k Loan | **65.61** | **196.83** |
| Union Dues | **63.31** | **190.73** |
| Garn State Tax Levy | | **377.67** |
| **Total Other Deductions** | **224.84** | **1,054.41** |

| Absence Accruals | | | |
|---|---|---|---|
| **Description** | **Unit of Measure** | **Current** | **Balance** |

| Employer Paid Benefits | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Med ER | **1,425.53** | **4,276.59** |
| Dental ER | **46.81** | **140.43** |
| 401k ER Match | **39.96** | **120.48** |
| LTD ER | **9.39** | **28.17** |
| Life Ins ER | **2.70** | **8.10** |
| ADD ER | **0.03** | **0.09** |
| **Total Employer Paid Benefits** | **1,524.42** | **4,573.86** |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Currency** | **Payment Amount** |
| 36169645556 | | | XXXXXXXX9900 | USD | **250.00** |
| 36169645630 | | | XXXXXXXX7397 | USD | **2,148.43** |

| | Tax Withholding Information | | | |
|---|---|---|---|---|
| **Type** | **Marital Status** | **Exempt** | **Total Dependent Amount** | **Extra Withholding** |
| FEDERAL_2020 | Head of household | Y | **0.00** | **0.00** |

| | Tax Withholding Information | | | | | | |
|---|---|---|---|---|---|---|---|
| **Type** | **Marital Status** | **Exempt** | **Addl** | **Sec ALW** | **BIN** | **Exemptions** | **Additional Amount** |
| CA | Head of household | Y | | | | 0 | **0.00** |