**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**801 S. FIGUEROA ST., SUITE 1850**
**LOS ANGELES, CA 90017**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| IN RE:<br><br>**NILZA MUNOZ**<br><br>DEBTOR(S). | Case No: 2:26-bk-11359-DS<br><br>CHAPTER 13<br><br>**PROOF OF SERVICE OF NOTICE OF RESCHEDULED HEARING**<br><br>Docket # (17) |

| In re: **NILZA MUNOZ** | CHAPTER: 13 |
|---|---|
| | CASE NUMBER: **2:26-bk-11359-DS** |

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
801 S. Figueroa Street, Suite 1850
Los Angeles, California 90017

A true and correct copy of the foregoing document described as "**NOTICE OF RESCHEDULED HEARING**", Docket # (17) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On 3/12/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**[X]** Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 3/13/26, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**[X]** Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 3/12/26, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**[X]** Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/13/26 | Katherine Bamaca | *Katherine Bamaca* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                        F 9013-3.1

| In re: **NILZA MUNOZ** | CHAPTER: 13 |
|---|---|
|  | CASE NUMBER: 2:26-bk-11359-DS |

## Service List

### Notice of Electronic Filing Service

| Joshua Sternberg | js@sternberglawgroup.com;SternbergJR96851@notify.bestcase.com |
|---|---|
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

### Email Service

| STERNBERG LAW GROUP | Los Angeles Division |
| COUNTY RECORDS RESEARCH | Fidelity Loan Invertments |
| Franchise Tax Board | IRS |
| Joshua Sternberg | FRANCHISE TAX BOARD |
| Bank of America | Capital One |
| THE FIDELITY ONE INVESTMENT TRUST | Nilza Munoz |
|  | nilza310@yahoo.com |

### U.S. Mail Service

Bank of America
Attn: Bankruptcy
P.O.Box 15019
Wilmington, DE 19886

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

COUNTY RECORDS RESEARCH
4952 WARNER AVE 105
HUNTINGTON BEACH, CA 92649

Fidelity Loan Invertments
8 Montgomery Street
San Francisco, CA 94104

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO, CA 95812-2952

Franchise Tax Board
Personal Bankruptcy MS A340
PO Box 2952
Sacramento, CA 95812-2952

IRS
P.O. Box 7346
Philadelphia, PA 19101

Joshua Sternberg
Sternberg Law Group
Suite #81823
West Hollywood, CA 90069-4109

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012

THE FIDELITY ONE INVESTMENT TRUST
323 N TURNER AVE.
GUASTI, CA 91743

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                F 9013-3.1

| In re: **NILZA MUNOZ** | CHAPTER: 13 |
|---|---|
| | CASE NUMBER: **2:26-bk-11359-DS** |

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
801 S. Figueroa Street, Suite 1850
Los Angeles, California 90017

A true and correct copy of the foregoing document described as "**NOTICE OF RESCHEDULED HEARING**", Docket # (17) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 3/12/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On 3/13/26, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/13/26 | Robert J Wallace, Jr. | *See Attached Certificate of Service* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 9013-3.1**

| In re: | **NILZA MUNOZ** | CHAPTER: | 13 |
|---|---|---|---|
| | | CASE NUMBER: | **2:26-bk-11359-DS** |

## Service List

### U.S. Mail Service

| | |
|---|---|
| Bank of America<br>Attn: Bankruptcy<br>P.O.Box 15019<br>Wilmington, DE 19886 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130 |
| COUNTY RECORDS RESEARCH<br>4952 WARNER AVE 105<br>HUNTINGTON BEACH, CA 92649 | Fidelity Loan Invertments<br>8 Montgomery Street<br>San Francisco, CA 94104 |
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | Franchise Tax Board<br>Personal Bankruptcy MS A340<br>PO Box 2952<br>Sacramento, CA 95812-2952 |
| IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101 | Joshua Sternberg<br>Sternberg Law Group<br>Suite #81823<br>West Hollywood, CA 90069-4109 |
| Los Angeles Division<br>255 East Temple Street,<br>Los Angeles, CA 90012 | THE FIDELITY ONE INVESTMENT TRUST<br>323 N TURNER AVE.<br>GUASTI, CA 91743 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                **F 9013-3.1**

# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: Nilza Munoz  CASE NUMBER: 2611359
DEBTOR 2 NAME:  PRINT JOB ID:   262707

I    Robert J Wallace, Jr.    certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on    3/13/2026    :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user, pursuant to Local Rule 5005-4(9)(b):

Bank of America;Attn: Bankruptcy;P.O.Box 15019;Wilmington, DE  19886
COUNTY RECORDS RESEARCH;4952 WARNER AVE 105;HUNTINGTON BEACH, CA  92649
Capital One;Attn: Bankruptcy;Po Box 30285;Salt Lake City, UT  84130
FRANCHISE TAX BOARD;BANKRUPTCY SECTION MS A340;PO BOX 2952;SACRAMENTO, CA  95812-2952
Fidelity Loan Invertments;8 Montgomery Street;San Francisco, CA  94104
Franchise Tax Board;Personal Bankruptcy MS A340;PO Box 2952;Sacramento, CA  95812-2952
IRS;P.O. Box 7346;Philadelphia, PA  19101
Joshua Sternberg;Sternberg Law Group;Suite #81823;West Hollywood, CA  90069-4109
Los Angeles Division;255 East Temple Street;Los Angeles, CA  90012
THE FIDELITY ONE INVESTMENT TRUST;323 N TURNER AVE.;GUASTI, CA  91743

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date :    3/13/2026    Signature : _Robert J. Wallace, Jr._

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
801 S. FIGUEROA ST., SUITE 1850
LOS ANGELES, CA 90017
PHONE: (213) 996-4400
FAX: (213) 996-4426

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

# NOTICE OF RESCHEDULED 341(a) Meeting of Creditors
# ZOOM Meeting ID and Passcode

| IN RE: | CHAPTER 13 |
|---|---|
| Nilza Munoz | CASE NO.: 2:26-bk-11359-DS |
| | NOTICE OF RESCHEDULED §341(a) MEETING OF CREDITORS |
| | DATE: March 20, 2026 |
| | TIME: 1:30 pm |
| DEBTOR(S) | LOCATION: ZOOM VIDEO MEETING<br>ZOOM MEETING ID: 846 017 0046<br>ZOOM PASSCODE: 9958780177 |

## MANDATORY DOCUMENTS DUE PRIOR TO 341(a) MEETING OF CREDITORS

Debtors must submit the following mandatory documents to their Bankruptcy Attorney prior to the 341(a) Meeting of Creditors:

- Picture of your Social Security Card
- Picture of your Driver's License
- Evidence of your Bankruptcy Plan Payments

Debtor attorneys can upload the required documents to the Chapter 13 Trustee on The Attorney Portal at LATrustee.com. Debtor attorneys must register online to use The Attorney Portal. For more information, contact support@latrustee.com.

**FAILURE TO TIMELY ATTEND YOUR REMOTE 341(a) MEETING OF CREDITORS, SUBMIT THE MANDATORY DOCUMENTS OR TENDER YOUR BANKRUPTCY PLAN PAYMENTS TO THE CHAPTER 13 TRUSTEE MAY CAUSE YOUR BANKRUPTCY CASE TO GET DISMISSED.**

Dated: 3/12/26

Kathy A. Dockery
Chapter 13 Trustee