| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Kathy A. Dockery<br>Chapter 13 Trustee<br>801 S. Figueroa Street, Ste. 1850<br>Los Angeles, CA 90017<br>Phone: (213) 996-4400<br>Fax:     (213) 996-4426<br>Email:   legal@latrustee.com | FOR COURT USE ONLY |
|---|---|

☐ *Debtor(s) appearing without an attorney*
☒ ~~*Attorney for:*~~ Chapter 13 Trustee

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>NILZA MUNOZ | CASE NO.: **2:26-bk-11359-DS**<br>CHAPTER: 13 |
|---|---|
| | **NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION**<br><br>**[LBR 9013-1(o)]** |
| Debtor(s). | [No hearing unless requested in writing] |

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1.  Movant(s) Kathy A. Dockery, Chapter 13 Trustee                                        ,
    filed a motion or application (Motion) entitled Application for Payment of Final Fees and/or Expenses                                        .

2.  Movant(s) is requesting that the court grant the Motion without a hearing as provided for in LBR 9013-1(o), unless a party in interest timely files and serves a written opposition to the Motion and requests a hearing.

3.  The Motion is based upon the legal and factual grounds set forth in the Motion.  (*Check appropriate box below*):

    ☒ The full Motion is attached to this notice; or

    ☐ The full Motion was filed with the court as docket entry # _____, and a detailed description of the relief sought is attached to this notice.

4.  **DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING:** Pursuant to LBR 9013-1(o), any party who opposes the Motion may request a hearing on the Motion.  The deadline to file and serve a written opposition and request for a hearing is 14 days after the date of service of this notice, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                    Page 1                    **F 9013-1.2.OPPORTUNITY.HEARING.NOTICE**

a.   If you timely file and serve a written opposition and request for a hearing, movant will file and serve a notice of hearing at least 14 days in advance of the hearing. [LBR 9013-1(o)(4)]

b.   If you fail to comply with this deadline:

(1)   Movant will file a declaration to indicate: (1) the Motion was properly served, (2) the response period elapsed, and (3) no party filed and served a written opposition and request for a hearing within 14 days after the date of service of the notice [LBR 9013-1(o)(3)];

(2)   Movant will lodge an order that the court may use to grant the Motion; and

(3)   The court may treat your failure as a waiver of your right to oppose the Motion and may grant the Motion without further hearing and notice. [LBR 9013-1(h)]

Respectfully submitted,

Date:   4/29/26

Signature of Movant or attorney for Movant

KATHY A. DOCKERY, CHAPTER 13 TRUSTEE

Printed name of Movant or attorney for Movant

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Kathy A. Dockery<br>Chapter 13 Trustee<br>801 S. Figueroa Street, Ste. 1850<br>Los Angeles, CA 90017<br>Phone: (213) 996-4400<br>Fax:   (213) 996-4426<br>Email: legal@latrustee.com | |

☒ Individual appearing without attorney
☐ Attorney for:

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>NILZA MUNOZ | CASE NO.: 2:26-bk-11359-DS |
|---|---|
| | CHAPTER: 13 |
| | **APPLICATION FOR PAYMENT OF:**<br><br>☐  **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)**<br><br>☒  **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)** |
| | **NO HEARING REQUIRED** |
| Debtor(s). | |

1.  Name of Applicant (*specify*): Kathy A. Dockery, Chapter 13 Trustee _____

2.  Type of services rendered:
    a.  ☐  Attorney for (*specify*): _____
    b.  ☐  Accountant for (*specify*): _____
    c.  ☒  Other professional (*specify*): Standing Chapter 13 Trustee _____

3.  Date of filing of petition under chapter 13 of the Bankruptcy Code: _____

4.  Date of entry of Order Approving Applicant's Employment: _____

5.  Date of filing of last Fee and/or Expense Application: _____

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

6. Total fees allowed or paid to Applicant to date (including retainers and prior approved fee applications): $ 0.00

   a. Retainer received: $ 0.00

   b. Retainer remaining as of the date of this Application: $ 0.00

   c. Total amount requested in all prior applications: $ 0.00

   d. Total amount actually paid pursuant to prior approved applications: $ 0.00

   e. Total amount currently due but unpaid pursuant to prior approved applications: $ 0.00

   f. Total amount allowed but reserved pending final fee application: $ 0.00

7. **Summary of Requested Fees**: (attach detailed supporting documentation to this Application)

| Professional Person's Name | Hourly Rate | X | Total Hours this Person | = | Total Fees this Person |
|---|---|---|---|---|---|
| a. Case Auditor (341a Audit) | $ $150.00 | X | 1.00 | = $ | $150.00 |
| b. 341a Examination (Staff Attorney) | $ $600.00 | X | 0.50 | = $ | $300.00 |
| c. Case Auditor (Confirmation Hearing Audit) | $ $150.00 | X | 0.50 | = $ | $75.00 |
| d. Confirmation Hearing (Staff Attorney) | $ $600.00 | X | 0.10 | = $ | $60.00 |
| e. | $ | X | | = $ | |
| f. TOTAL FEES | $ | X | | = $ | $585.00 |

   g. ☐ Continued on attached page

8. The hourly rates above are the same rates charged by the above professionals for non-bankruptcy services except as follows:                                    ☐ See attached page

9. Bonus requested (final fee applications only): $ _____
   (attach Declaration and Memorandum of Points and Authorities justifying bonus)

10. **TOTAL FEES REQUESTED THIS APPLICATION**: $ **300.00**

11. Total expenses paid to Applicant to date (including retainers and prior approved expense applications): $ _____

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

12. **Summary of Requested Expense Reimbursement** (attach detailed supporting documentation to this Application)

| Type of Expense | Reimbursement Requested this Application |
|---|---|
| a. | $ |
| b. | $ |
| c. | $ |
| d. | $ |
| e. | $ |
| f. | $ |
| g. ☐ Continued on Attached Page | |

13. **TOTAL EXPENSE REIMBURSEMENT REQUESTED THIS APPLICATION:** $ 0.00

14. Applicant submits the following in support of the Application herein pursuant to LBR 2016-1 (specify):

Applicant submits this application to compensate the Chapter 13 Trustee for services rendered in the administration of this case prior to dismissal or conversion of the case. The administrative fee has been discounted to **$300.00**

15. Total number of attached pages of supporting documentation: 0

16. Applicant declares under penalty of perjury under the laws of the United States that the foregoing Application and all attached supporting documentation are true and correct and accurately reflect services rendered and expenses incurred.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/29/26 | Kathy A. Dockery, Chapter 13 Trustee | _(signature)_ |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.