**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**801 S. FIGUEROA ST., SUITE 1850**
**LOS ANGELES, CA 90017**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

IN RE:

    **NILZA MUNOZ**

                DEBTOR(S).

Case No: 2:26-bk-11359-DS

CHAPTER 13

**PROOF OF SERVICE OF TRUSTEE'S APPLICATION FOR ADMINISTRATIVE FEES**

 Docket # (24)

| | |
|---|---|
| In re: **NILZA MUNOZ** | CHAPTER:   13 |
| | CASE NUMBER:   **2:26-bk-11359-DS** |

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

801 S. Figueroa Street, Suite 1850
Los Angeles, California 90017

A true and correct copy of the foregoing document described  as "**TRUSTEE'S APPLICATION FOR ADMINISTRATIVE FEES**", Docket # (24)  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 4/30/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

[X]    Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served )**:**
On 5/1/26, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

[X]    Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**  (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

[ ]    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/1/26 | Katherine Bamaca | *Katherine Bamaca* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                       **F 9013-3.1**

| In re: **NILZA MUNOZ** | CHAPTER: 13 |
| | CASE NUMBER: **2:26-bk-11359-DS** |

**Service List**

## Notice of Electronic Filing Service

| | |
|---|---|
| Joshua  Sternberg | js@sternberglawgroup.com;SternbergJR96851@notify.bestcase.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Neil B Katz | neilkatz56@gmail.com |

## U.S. Mail Service

Nilza Munoz
11705 Orr and Day Rd
Norwalk, CA 90650

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                    **F 9013-3.1**

| In re:  **NILZA MUNOZ** | CHAPTER:   13 |
|---|---|
| | CASE NUMBER:   **2:26-bk-11359-DS** |

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
801 S. Figueroa Street, Suite 1850
Los Angeles, California 90017

A true and correct copy of the foregoing document described  as "**TRUSTEE'S APPLICATION FOR ADMINISTRATIVE FEES**", Docket # (24)  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 4/30/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐    Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served ):
On 5/1/26, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒    Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**  (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/1/26 | Robert J Wallace, Jr. | *See Attached Certificate of Service* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                            **F 9013-3.1**

| In re:  **NILZA MUNOZ** | CHAPTER:    13 |
|---|---|
| | CASE NUMBER:    **2:26-bk-11359-DS** |

## Service List

| **U.S. Mail Service** |
|---|
| Nilza Munoz<br>11705 Orr and Day Rd<br>Norwalk, CA 90650 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                    **F 9013-3.1**

# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: Nilza Munoz

DEBTOR 2 NAME:

CASE NUMBER: 2611359

PRINT JOB ID:   265603

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on ___5/1/2026___ :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user, pursuant to Local Rule 5005-4(9)(b):

Nilza Munoz;11705 Orr and Day Rd;Norwalk, CA  90650

By Electronic Transmittal :

By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date : _____5/1/2026_____          Signature : _____

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

Attorney or Party Name, Address, Telephone & FAX
Nos., State Bar No. & Email Address

Kathy A. Dockery
Chapter 13 Trustee
801 S. Figueroa Street, Ste 1850
Los Angeles, CA 90017
Phone: (213) 996-4400
Fax     (213) 996-4426
Email:  legal@latrustee.com

FOR COURT USE ONLY

☐ *Debtor(s) appearing without an attorney*
☒ ~~Attorney for:~~ Chapter 13 Trustee

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

In re:

NILZA MUNOZ

CASE NO.: **2:26-bk-11359-DS**

CHAPTER: 13

**NOTICE OF OPPORTUNITY TO
REQUEST A HEARING ON MOTION**

**[LBR 9013-1(o)]**

Debtor(s)

[No hearing unless requested in writing]

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1   Movant(s) Kathy A. Dockery, Chapter 13 Trustee .
   filed a motion or application (Motion) entitled Application for Payment of Final Fees and/or Expenses .

2   Movant(s) is requesting that the court grant the Motion without a hearing as provided for in LBR 9013-1(o), unless a
   party in interest timely files and serves a written opposition to the Motion and requests a hearing.

3.  The Motion is based upon the legal and factual grounds set forth in the Motion.  *(Check appropriate box below)*:
   ☒ The full Motion is attached to this notice; or
   ☐ The full Motion was filed with the court as docket entry # _____, and a detailed description of the relief sought is
   attached to this notice.

4   **DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING:** Pursuant to
   LBR 9013-1(o), any party who opposes the Motion may request a hearing on the Motion.  The deadline to file and serve
   a written opposition and request for a hearing is 14 days after the date of service of this notice, plus 3 additional days if
   you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

a.  If you timely file and serve a written opposition and request for a hearing, movant will file and serve a notice of hearing at least 14 days in advance of the hearing. [LBR 9013-1(o)(4)]

b.  If you fail to comply with this deadline:

(1)  Movant will file a declaration to indicate: (1) the Motion was properly served, (2) the response period elapsed, and (3) no party filed and served a written opposition and request for a hearing within 14 days after the date of service of the notice [LBR 9013-1(o)(3)];

(2)  Movant will lodge an order that the court may use to grant the Motion; and

(3)  The court may treat your failure as a waiver of your right to oppose the Motion and may grant the Motion without further hearing and notice. [LBR 9013-1(h)]

Respectfully submitted,

Date:   4/29/26

Signature of Movant or attorney for Movant

KATHY A. DOCKERY, CHAPTER 13 TRUSTEE
Printed name of Movant or attorney for Movant

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

Attorney or Party Name. Address, Telephone & FAX Nos.. State Bar No. & Email Address

Kathy A. Dockery
Chapter 13 Trustee
801 S. Figueroa Street, Ste. 1850
Los Angeles, CA 90017
Phone: (213) 996-4400
Fax:    (213) 996-4426
Email:  legal@latrustee.com

FOR COURT USE ONLY

☒  *Individual appearing without attorney*
☐  *Attorney for.*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

In re.

NILZA MUNOZ

CASE NO.:  2:26-bk-11359-DS

CHAPTER. 13

**APPLICATION FOR PAYMENT OF:**

☐  **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)**

☒  **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)**

**NO HEARING REQUIRED**

Debtor(s).

1.  Name of Applicant (*specify*): _Kathy A. Dockery, Chapter 13 Trustee_

2.  Type of services rendered:
    a.  ☐ Attorney for (*specify*) _____
    b.  ☐ Accountant for (*specify*): _____
    c.  ☒ Other professional (*specify*): _Standing Chapter 13 Trustee_____

3.  Date of filing of petition under chapter _13_ of the Bankruptcy Code: _____

4.  Date of entry of Order Approving Applicant's Employment: _____

5.  Date of filing of last Fee and/or Expense Application: _____

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

6    Total fees allowed or paid to Applicant to date (including retainers and prior approved fee applications): $ 0.00

   a.    Retainer received  $ 0.00

   b.    Retainer remaining as of the date of this Application: $ 0.00

   c.    Total amount requested in all prior applications. $ 0.00

   d    Total amount actually paid pursuant to prior approved applications: $ 0.00

   e.    Total amount currently due but unpaid pursuant to prior approved applications: $ 0.00

   f.    Total amount allowed but reserved pending final fee application: $ 0.00

7.    **Summary of Requested Fees**: (attach detailed supporting documentation to this Application)

| Professional Person's Name | Hourly Rate | X | Total Hours this Person | = | Total Fees this Person |
|---|---|---|---|---|---|
| a.  Case Auditor (341a Audit) | $  $150.00 | X | 1.00 | = $ | $150.00 |
| b.  341a Examination (Staff Attorney) | $  $600.00 | X | 0.50 | = $ | $300.00 |
| c.  Case Auditor (Confirmation Hearing Audit) | $  $150.00 | X | 0.50 | = $ | $75.00 |
| d.  Confirmation Hearing (Staff Attorney) | $  $600.00 | X | 0.10 | = $ | $60.00 |
| e. | $ | X | | = $ | |
| f.    TOTAL FEES | $ | X | | = $ | $585.00 |

   g. ☐ Continued on attached page

8.    The hourly rates above are the same rates charged by the above professionals for non-bankruptcy services except as follows:                                                                    ☐ See attached page

9.    Bonus requested (final fee applications only): $ _____
(attach Declaration and Memorandum of Points and Authorities justifying bonus)

10.    **TOTAL FEES REQUESTED THIS APPLICATION**: $ **300.00**

11.    Total expenses paid to Applicant to date (including retainers and prior approved expense applications): $ _____

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

12. **Summary of Requested Expense Reimbursement** *(attach supporting documentation to this Application)*

| Type of Expense | Reimbursement Requested this Application |
|---|---|
| a. | $ |
| b. | $ |
| c. | $ |
| d. | $ |
| e. | $ |
| f. | $ |
| g. ☐ Continued on Attached Page | |

13. **TOTAL EXPENSE REIMBURSEMENT REQUESTED THIS APPLICATION:** $ 0.00

14. Applicant submits the following in support of the Application herein pursuant to LBR 2016-1 *(specify)*:

Applicant submits this application to compensate the Chapter 13 Trustee for services rendered in the administration of this case prior to dismissal or conversion of the case. The administrative fee has been discounted to **$300.00**

15. Total number of attached pages of supporting documentation  0

16. Applicant declares under penalty of perjury under the laws of the United States that the foregoing Application and all attached supporting documentation are true and correct and accurately reflect services rendered and expenses incurred.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/29/26 | Kathy A. Dockery. Chapter 13 Trustee | |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.