| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| KATHY A. DOCKERY<br>CHAPTER 13 TRUSTEE<br>801 S. FIGUEROA ST., SUITE 1850<br>LOS ANGELES, CA 90017<br>PHONE: (213) 996-4400<br>FAX: (213) 996-4426<br><br>■ *Trustee*<br>☐ Individual *appearing without an attorney*<br>☐ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:   **Nilza Munoz** | CASE NO.:   **2:26-bk-11359-DS** |
|---|---|
| | CHAPTER: |
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]): <br>ORDER APPROVING CHAPTER 13 TRUSTEE'S ADMINISTRATIVE FEE |
| Debtor(s) | |

PLEASE TAKE NOTE that the order or judgment titled ORDER APPROVING CHAPTER 13 TRUSTEE'S ADMINISTRATIVE FEE was lodged on 5/20/2026 and is attached. This order relates to the motion which is docket number 24

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# EXHIBIT A

**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**801 S. FIGUEROA ST., SUITE 1850**
**LOS ANGELES, CA 90017**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

IN RE:

**NILZA MUNOZ**

DEBTOR(S).

CASE NO.: 2:26-bk-11359-DS

CHAPTER 13

**ORDER APPROVING CHAPTER 13 TRUSTEE'S ADMINISTRATIVE FEE**

[NO HEARING REQUIRED]

Based on the Application for Payment of Final Fees and/or Expenses (Application) filed on

4/30/26 as docket number 24, the court orders as follows:

1. ☒ The Application is granted and the Chapter 13 Trustee is allowed the sum of $300.00 as compensation for the Trustee's administrative fee.

2. ☐ The Application is set for hearing on: (date) at (time).

3. ☐ The Chapter 13 Trustee must file and serve appropriate notice of the hearing on Debtor and Debtor's counsel, if applicable.

4. ☐ The Application is denied.

5. ☐ Other (specify):

#########