**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**801 S. FIGUEROA ST., SUITE 1850**
**LOS ANGELES, CA 90017**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

FILED & ENTERED

MAY 21 2026

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bakchell   DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:26-bk-11359-DS |
| | Chapter 13 |
| NILZA MUNOZ, | |
| Debtor. | **ORDER APPROVING CHAPTER 13 TRUSTEE'S APPLICATION FOR ADMINISTRATIVE FEE** |

Based on the "Application for Payment of Final Fees and/or Expenses" (the "Application," Docket No. 24) and the record in this case, and good cause appearing,

IT IS HEREBY ORDERED that the Application is granted.  The chapter 13 trustee is allowed the sum of $300.00 as compensation for the trustee's administrative fee.

Date: May 21, 2026

_____
Deborah J. Saltzman
United States Bankruptcy Judge