United States Bankruptcy Court

Central District of California

In re:                                                                                                 Case No. 26-11359-DS

Nilza Munoz                                                                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 1 |
| Date Rcvd: May 21, 2026 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2026:**

**Recip ID**     **Recipient Name and Address**
db      +  Nilza Munoz, 11705 Orr and Day Rd, Norwalk, CA 90650-7944

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2026            Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2026 at the address(es) listed below:**

**Name**     **Email Address**

Joshua Sternberg
    on behalf of Debtor Nilza Munoz js@sternberglawgroup.com  SternbergJR96851@notify.bestcase.com

Kathy A Dockery (TR)
    EFiling@LATrustee.com

Neil B Katz
    on behalf of Creditor The Fidelity One Investment Trust neilkatz56@gmail.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 4

**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**801 S. FIGUEROA ST., SUITE 1850**
**LOS ANGELES, CA 90017**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

**FILED & ENTERED**

**MAY 21 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bakchell   DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>NILZA MUNOZ,<br><br>       Debtor. | Case No. 2:26-bk-11359-DS<br><br>Chapter 13<br><br>**ORDER APPROVING CHAPTER 13 TRUSTEE'S APPLICATION FOR ADMINISTRATIVE FEE** |

Based on the "Application for Payment of Final Fees and/or Expenses" (the "Application," Docket No. 24) and the record in this case, and good cause appearing,

IT IS HEREBY ORDERED that the Application is granted.  The chapter 13 trustee is allowed the sum of $300.00 as compensation for the trustee's administrative fee.

Date: May 21, 2026

_____
Deborah J. Saltzman
United States Bankruptcy Judge