**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**801 S. FIGUEROA ST., SUITE 1850**
**LOS ANGELES, CA 90017**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

IN RE:

**NILZA MUNOZ**

DEBTOR(S).

Case No: 2:26-bk-11359-DS

CHAPTER 13

**PROOF OF SERVICE OF NOTICE OF INTENT TO FILE TRUSTEE'S FINAL REPORT AND ACCOUNT, OBTAIN DISCHARGE OF DEBTOR(S) AND CLOSE CASE**

Docket # (30)

| In re:  **NILZA MUNOZ** | CHAPTER:   13 |
|---|---|
| | CASE NUMBER:   **2:26-bk-11359-DS** |

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

801 S. Figueroa Street, Suite 1850
Los Angeles, California 90017

A true and correct copy of the foregoing document described <u>as "**NOTICE OF INTENT TO FILE TRUSTEE'S FINAL REPORT AND ACCOUNT, OBTAIN DISCHARGE OF DEBTOR(S) AND CLOSE CASE**</u> ", Docket # (30)  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 5/22/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**X**    Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served )**:**
On 5/27/26, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed .

**X**    Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**  (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/27/26 | Katherine Bamaca | *Katherine Bamaca* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                    **F 9013-3.1**

| In re: **NILZA MUNOZ** | CHAPTER: 13 |
|---|---|
| | CASE NUMBER: **2:26-bk-11359-DS** |

**Service List**

## Notice of Electronic Filing Service

| | |
|---|---|
| Joshua Sternberg | js@sternberglawgroup.com;SternbergJR96851@notify.bestcase.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Neil B Katz | neilkatz56@gmail.com |

### U.S. Mail Service

BANK OF AMERICA, N.A.
P O BOX 15102
WILMINGTON, DE 19886-5102

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO, CA 95812-2952

Nilza Munoz
11705 Orr and Day Rd
Norwalk, CA 90650

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 12914
NORFOLK, VA 23541

THE FIDELITY ONE INVESTMENT TRUST
323 N TURNER AVE.
GUASTI, CA 91743

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                     **F 9013-3.1**

In re:  **NILZA MUNOZ**

CHAPTER:   13

CASE NUMBER:   **2:26-bk-11359-DS**

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

801 S. Figueroa Street, Suite 1850
Los Angeles, California 90017

A true and correct copy of the foregoing document described  as "**NOTICE OF INTENT TO FILE TRUSTEE'S FINAL REPORT AND ACCOUNT, OBTAIN DISCHARGE OF DEBTOR(S) AND CLOSE CASE** ", Docket # (30)  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 5/22/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐  Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served )**:**
On 5/27/26, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**  (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/27/26 | Robert J Wallace, Jr. | *See Attached Certificate of Service* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                        **F 9013-3.1**

| In re: **NILZA MUNOZ** | CHAPTER: 13 |
|---|---|
| | CASE NUMBER: **2:26-bk-11359-DS** |

## Service List

### U.S. Mail Service

BANK OF AMERICA, N.A.
P O BOX 15102
WILMINGTON, DE 19886-5102

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO, CA 95812-2952

Nilza Munoz
11705 Orr and Day Rd
Norwalk, CA 90650

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 12914
NORFOLK, VA 23541

THE FIDELITY ONE INVESTMENT TRUST
323 N TURNER AVE.
GUASTI, CA 91743

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                           **F 9013-3.1**

# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: Nilza Munoz

CASE NUMBER: 2611359

DEBTOR 2 NAME:

PRINT JOB ID:   268032

I _____ Robert J Wallace, Jr. _____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on ___5/27/2026___ :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user, pursuant to Local Rule 5005-4(9)(b):

BANK OF AMERICA N.A.;P O BOX 15102;WILMINGTON, DE  19886-5102
FRANCHISE TAX BOARD;BANKRUPTCY SECTION MS A340;PO BOX 2952;SACRAMENTO, CA  95812-2952
Nilza Munoz;11705 Orr and Day Rd;Norwalk, CA  90650
PORTFOLIO RECOVERY ASSOCIATES LLC;PO BOX 12914;NORFOLK, VA  23541
THE FIDELITY ONE INVESTMENT TRUST;323 N TURNER AVE.;GUASTI, CA  91743

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date : ___5/27/2026___          Signature : _____

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
801 S. FIGUEROA ST., SUITE 1850
LOS ANGELES, CA 90017
PHONE: (213) 996-4400
FAX: (213) 996-4426

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| IN THE MATTER OF:<br><br>Nilza Munoz<br><br><br>DEBTOR(S). | CHAPTER 13<br><br>CASE NO.: 2:26-bk-11359-DS<br><br>**NOTICE OF INTENT TO FILE TRUSTEE'S FINAL REPORT AND ACCOUNT, OBTAIN DISCHARGE OF CHAPTER 13 TRUSTEE AND CLOSE CASE** |

**TO THE HONORABLE DEBORAH J. SALTZMAN, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR(S), ATTORNEY OF RECORD FOR THE DEBTOR(S) AND ALL OTHER PARTIES IN INTEREST:**

NOTICE IS HEREBY GIVEN that the Standing Chapter 13 Trustee, KATHY A. DOCKERY ("TRUSTEE"), intends to file a Final Report and Account of your allowed claim, a copy of which is enclosed with this Notice; and

NOTICE IS FURTHER GIVEN that any party objecting to the Final Report and Account of their allowed claim must file and serve a written objection and request a hearing from the court. Any objection to the Final Report and Account must be served on the Trustee at the address set forth above, the Debtor(s) and the Debtor(s)' attorney of record, if applicable. Filing a Fee Application or Proof of Claim is not responsive to this notice and will not be deemed an objection to the final report. In the event no objection is filed within thirty (30) days after the date of service of this Notice, the Court will discharge the Trustee and close the case (see 11 U.S.C. §350 (a) and F.R.B.P., Rule 5009).

DATED: 5/22/2026

Kathy A. Dockery, Trustee

**Nilza Munoz**

**2:26-bk-11359-DS**
**PETITION FILED:  2/13/26**

**(a) DISMISSED PRE-CONFIRMATION**

| Claim # | Acct # | Creditor | Claim Type | Scheduled Debt | Claim Amount | Int. Rate | Principal Paid | Int. Paid |
|---------|--------|----------|------------|----------------|--------------|-----------|----------------|-----------|
| DREF | | Nilza Munoz | | | | | $1,762.00 | |
| ATTY | N/A | STERNBERG LAW GROUP | ATTORNEY FEE | $3,500.00 | $3,500.00 | | | |
| 1 | 1134'22 | FRANCHISE TAX BOARD Filed: 02/17/26 | PRIORITY - TAXES | $0.00 | $1,611.97 | | | |
| 2 | 9611 | THE FIDELITY ONE INVESTMENT TRUST Filed: 03/07/26 | PRINCIPAL RESIDENCE | $50,000.00 | $149,486.35 | | | |
| 1 | 1134'21 | FRANCHISE TAX BOARD Filed: 02/17/26 | UNSECURED | $0.00 | $1,439.99 | | | |
| 3 | 0036 | PORTFOLIO RECOVERY ASSOCIATES LLC Filed: 04/20/26 | UNSECURED | $355.00 | $355.02 | | | |
| 4 | 8707 | BANK OF AMERICA, N.A. Filed: 04/21/26 | UNSECURED | $1,874.00 | $1,874.81 | | | |
| TTE | | Trustee Fee | | | | | $300.00 | |

## SUMMARY OF RECEIPTS AND DISBURSEMENTS

**TOTAL RECEIPTS**                                        **$2,062.00**

| | |
|---|---:|
| CHAPTER 13 TRUSTEE FEES | $300.00 |
| DEBTOR ATTORNEY FEES | $0.00 |
| SECURED CLAIMS | $0.00 |
| OTHER PRIORITY CLAIMS | $0.00 |
| UNSECURED NON-PRIORITY CLAIMS | $0.00 |
| NET DEBTOR REFUNDS | $1,762.00 |

**TOTAL DISBURSEMENTS**                                **$2,062.00**

**UNDISTRIBUTED BALANCE ON HAND**         **$0.00**

\* Disbursement Summary Includes Interest Paid on Allowed Claims